```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
M.A., by his mother and legal guardian,
M.Q.,

                    Plaintiff,                    ORDER

          - against -                             22 Civ. 3159 (NRB)

CITY OF NEW YORK, DETECTIVE JEWEL
CUMMINGS (Shield No. 2517), POLICE
OFFICER RICARDO SALINAS (Shield No.
29581), AND DETECTIVE KIARA PORTER,

                    Defendants.
---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

It having been reported to this Court that the parties have reached a settlement in this case, it is hereby

**ORDERED** that the above-captioned action be, and hereby is, dismissed without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within 30 days.

DATED:   New York, New York
         November 22, 2022

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE